UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | No. 3:07-cr-00178-B |
| | § | |
| OVIDIU TAUT | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated May 15, 2020 (ECF No. 782). The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendant Ovidiu Taut's Motion for Modification of Judgment Restitution (ECF No. 778) is DENIED. The Government's request to compel Defendant to submit to a debtor's exam is DENIED without prejudice.

**SO ORDERED** this 17th day of August, 2020.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE